UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

THAO TOUKOU,

      Petitioner,

      v.                           CAUSE NO. 3:26cv660 DRL-SJF

BRIAN ENGLISH,

      Respondent.

<u>ORDER</u>

The Warden, by counsel, filed a status report representing that Immigration Detainee Thao Toukou was removed to Laos and asserting that the habeas petition is now moot. ECF 12. In the habeas petition, Mr. Toukou challenged his immigration detention under 28 U.S.C. § 2241 and sought his immediate release. ECF 2.

"For a case to be justiciable, a live controversy must continue to exist at all stages of review, not simply on the date the action was initiated." *Brown v. Bartholomew Consol. Sch. Corp.*, 442 F.3d 588, 596 (7th Cir. 2006)). "This means that, throughout the litigation, the plaintiff must have suffered, or be threatened with, an actual injury traceable to the defendant and likely to be redressed by a favorable judicial decision." *Spencer v. Kemna*, 523 U.S. 1, 7 (1998). The court agrees that Mr. Toukou's removal moots this case. The court can no longer grant the relief sought in the petition because Mr. Toukou has already been released from immigration detention.

For these reasons, the court:

(1) DISMISSES the habeas petition (ECF 2); and

(2) DIRECTS the clerk to close this case.

SO ORDERED.

June 12, 2026                                     s/ Damon R. Leichty
                                                 Judge, United States District Court